```
            IN THE UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                   FORT SMITH DIVISION
```

FRANKIE CHARLES JEFFREY                                    PLAINTIFF

     v.                No. 06-2156

FORT SMITH POLICE DEPARTMENT
AGENTS ONE AND TWO; PAUL SMITH,
Detective, Fort Smith Police
Department; STEPHEN TABOR, Prosecuting
Attorney, Sebastian County, Arkansas;
JOHN JOPLIN, Public Defender's Office;
SEBASTIAN COUNTY DETENTION CENTER; and
JAMES MARSCHEWSKI, Judge, Sebastian
County Circuit Court                                      DEFENDANTS

## ORDER

Now on this 22nd day of November 2006, there comes on for consideration the report and recommendation filed herein on October 27, 2006, by the Honorable Beverly Stites Jones, United States Magistrate Judge for the Western District of Arkansas. (Doc. 7). Plaintiff filed written objections to the report and recommendation.

The court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's claims are DISMISSED against the following individuals on the grounds the claims are frivolous, asserted against individuals immune from suit, or not cognizable under § 1983: (1) Fort Smith Police Department Agents One and Two; (2) Paul Smith; (3) Stephen Tabor; (4) John Joplin; and (5) James Marschewski. 28 U.S.C. § 1915(e)(2)(B)(i)-(iii)(IFP action, or any portion thereof, may be dismissed on such grounds at any time).

Plaintiff's claims that he is being denied adequate medical care remain.

IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge