IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

FRANKIE CHARLES JEFFREY                                    PLAINTIFF

       v.                         No. 06-2156

MIKE CONGER, Jail Administrator
and NURSE CRYSTAL REED                                     DEFENDANTS

## ORDER

Now on this 3rd day of September 2008, there comes on for consideration the report and recommendation filed herein on July 31, 2008, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. (Doc. 37). The parties have not filed any objections to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Defendants' motion for summary judgment (Doc. 31) is GRANTED and this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge